# MINUTES

CASE NUMBER:       CIVIL NO. 07-00504HG-LEK

CASE NAME:         Olive Kaleuati, et al. Vs. Judy Tonda, et al.

ATTYS FOR PLA:     Daniel M. Gluck

ATTYS FOR DEFT:    Randolph R. Slaton
                   John F. Molay

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 07/14/2008 | TIME: | 9:15-9:17 |

---

COURT ACTION:  EP: Further Status Conference Re: Completion of Settlement Documents and Stipulated Order held.  All parties participated by phone.

Counsel reports that all documentation has been completed and that they are awaiting review and approval by the District Judge.

Submitted by: Warren N. Nakamura, Courtroom Manager